**Hubert Lawrence HURT, Jr., Appellant, v. UNITED STATES of America, Appellee.**

No. 4520.

Circuit Court of Appeals, Fourth Circuit.

July 15, 1939.

Laurence Anderson, of Lynchburg, Va., for appellant.

Joseph H. Chitwood, U. S. Atty., of Roanoke, Va., and Howard C. Gilmer, Jr., Asst. U. S. Attorney, of Pulaski, Va.

PER CURIAM.

Appeal docketed and dismissed on stipulation of attorneys. Order filed.

**Edward A. JERNIGAN, Appellant, v. UNITED STATES of America, Appellee.**

No. 4450.

Circuit Court of Appeals, Fourth Circuit.

April 10, 1939.

McC. G. Finnigan, of Richmond, Va., for appellant.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., and H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va.

PER CURIAM.

Case dismissed under Rule 23 by agreement of attorneys.

**George L. KELLER v. UNITED STATES of America.**

No. 1967.

Circuit Court of Appeals, Tenth Circuit.

Sept. 13, 1939.

Forrest McCutcheon, of Oklahoma City, Okl., for appellant.

Charles E. Dierker, U. S. Atty., of Shawnee, Okl., and Wade H. Loofbourrow, Asst. U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, for failure to prosecute, on motion of appellee.

**James P. KELLY, Plaintiff-Appellant, v. GULF OIL CORPORATION, Defendant-Appellee.**

No. 6978.

Circuit Court of Appeals, Third Circuit.

June 28, 1939.

Abraham E. Freedman, of Philadelphia, Pa., for appellant.

Leslie C. Krusen, of Philadelphia, Pa., for appellee.

Before BIGGS, CLARK, and BIDDLE, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed upon the opinion of Maris, J., 28 F.Supp. 205.